1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8 BETH SULLIVAN,                                    CASE NO. CV F 12-0157 LJO SKO

9                       Plaintiff,          **ORDER AFTER SETTLEMENT**
          vs.                               (Doc. 6.)

10
   PORTFOLIO RECOVERY
11 ASSOCIATES, L.L.C.,

12                       Defendant.
   _____/

13

14        Plaintiff's counsel filed papers to indicate this action has settled and to request up to 60 days to

15 file papers to dismiss this action.  Plaintiff fails to explain the need for such a lengthy time to complete

16 settlement and to file papers to dismiss this action.  As such, this Court ORDERS plaintiff, **no later than**

17 **April 23, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show

18 good cause why the action has not been dismissed.

19        This Court VACATES all pending dates and matters, including the May 24, 2012 scheduling

20 conference.

21        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22 parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court

23 ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal

24 Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this

25 Court deems appropriate.

26

27 IT IS SO ORDERED.

28        Dated:   __March 13, 2012__        _____/s/ Lawrence J. O'Neill_____

UNITED STATES DISTRICT JUDGE