UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BETH SULLIVAN,                      CASE NO. CV F 12-0157 LJO SKO

          Plaintiff,                     **ORDER TO DISMISS AND CLOSE**

   vs.

PORTFOLIO RECOVERY ASSOCS.,

          Defendant.
                                        /

The parties have notified that this action has settled. In addition, Plaintiff filed an April 4, 2012 notice of voluntary dismissal, requesting to withdraw the complaint and dismiss this action voluntarily with prejudice. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:**    **April 5, 2012**                 /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE